IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAREN POOLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| GULFCOAST LTC PARTNERS, INC., | § | CIVIL ACTION NO.  2:11-CV-00082 |
| CORRIGAN LTC PARTNERS, INC., | § | |
| BOBBY J. BERGERON, INDIVIDUALLY, | § | |
| AND LOUIS F. NICHOLSON, III, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL AND ORDER APPROVING SETTLEMENT**

Pending before the Court is the parties' request for approval of settlement and agreed motion to dismiss with prejudice.  For due cause, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby accepts and approves the parties' settlement agreement and holds that the settlement agreement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over claims brought under the Fair Labor Standards Act; and

2. The above cause is hereby **DISMISSED WITH PREJUDICE** to Plaintiff Karen Poole.  The parties shall bear their own costs.  Any pending motions are denied as moot.  This Court shall retain jurisdiction to enforce the parties' settlement agreement.

**So ORDERED and SIGNED this 2nd day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE